1

2

3

4                                                              **E-FILED on** __5/3/2012___

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11

12   CHAD RICH,                              No. C-12-00757 RMW

13              Plaintiff,

14        v.                                 ORDER ADOPTING REPORT AND
                                             RECOMMENDATION AND GRANTING
15   BANK OF AMERICA HOME LOANS;             MOTION TO DISMISS WITH LEAVE TO
     FEDERAL NATIONAL MORTGAGE               AMEND
16   ASSOC.,
                                             **[Re Docket Nos. 4 and 11]**
17              Defendants.

18

19        Defendants move to dismiss the complaint for failure to state a claim upon which relief can

20   be granted.  Magistrate Judge Lloyd held a hearing on the motion on April 3, 2012.  Plaintiff did not

21   file a written opposition or appear at the hearing.  Because not all parties had consented to proceed

22   before a magistrate judge, Judge Lloyd ordered that the case be reassigned to a district judge and

23   issued a report and recommendation that the complaint be dismissed with leave to amend.  Dkt. No.

24   11.  The case is now before the undersigned.

25   / / /

26   / / /

27   / / /

28   / / /

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS WITH LEAVE TO
AMEND—No. C-12-00757 RMW
LJP

**United States District Court**
For the Northern District of California

1       The court having reviewed the magistrate judge's report and there being no objections filed,

2   the court adopts the magistrate judge's report and recommendation in full.  The motion to dismiss is

3   granted and plaintiff's complaint is dismissed.  Plaintiff has thirty (30) days from the date of this

4   order to file an amended complaint.

5

6

7   DATED:     May 3, 2012

8   RONALD M. WHYTE
    United States District Judge

**United States District Court**
For the Northern District of California

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND—No. C-12-00757 RMW
LJP            2