**E-FILED on**   5/3/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD RICH,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA HOME LOANS; FEDERAL NATIONAL MORTGAGE ASSOC.,<br><br>    Defendants. | No. C-12-00757 RMW<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>**[Re Docket Nos. 4 and 11]** |

Defendants move to dismiss the complaint for failure to state a claim upon which relief can be granted. Magistrate Judge Lloyd held a hearing on the motion on April 3, 2012. Plaintiff did not file a written opposition or appear at the hearing. Because not all parties had consented to proceed before a magistrate judge, Judge Lloyd ordered that the case be reassigned to a district judge and issued a report and recommendation that the complaint be dismissed with leave to amend. Dkt. No. 11. The case is now before the undersigned.

///

///

///

///

1  The court having reviewed the magistrate judge's report and there being no objections filed,
2  the court adopts the magistrate judge's report and recommendation in full.  The motion to dismiss is
3  granted and plaintiff's complaint is dismissed.  Plaintiff has thirty (30) days from the date of this
4  order to file an amended complaint.

DATED:      May 3, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge