IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHAD RICH,

    Plaintiff,

v.

BANK OF AMERICA HOME LOANS;
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Defendants.

*E-FILED - 7/23/12*

CASE NO.: C-12-00757-RMW

**ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 3, 2012, the Court issued an Order Adopting Report and Recommendation and Grating Motion to Dismiss With Leave to Amend. Plaintiff had (30) days from May 3, 2012 to file an amended complaint. It appears that no filing or action has been taken in this case. Therefore,

IT IS HEREBY ORDERED that plaintiff appear on **August 31, 2012 @ 9:00 a.m.** in courtroom 6 of this Court and show cause why this case should not be dismissed for failure to diligently prosecute the case. IF PLAINTIFF FAILS TO SHOW GOOD REASON FOR HIS FAILURE TO DILIGENTLY PROSECUTE, THE CASE WILL BE DISMISSED.

DATED: July 23, 2012

                                                               RONALD M. WHYTE
                                                               UNITED STATES DISTRICT JUDGE

1
2  Copy of Order E-Filed to Counsel of Record:
3
4  Copy of Order Mailed on **7/23/12** to:
5  Chad Rich
   38 N. Almaden Boulevard
6  #703
   San Jose, CA 95110
7
      *Pro Se Plaintiff*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER TO SHOW CAUSE
CASE NO.: C-12-00757 RMW