United States District Court
For the Northern District of California

1

2

3

4                                              **E-FILED on** __8/31/2012____

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   CHAD RICH,                              No. C-12-00757 RMW

13              Plaintiff,

14        v.                                 ORDER DISMISSING CASE

15   BANK OF AMERICA HOME LOANS;
     FEDERAL NATIONAL MORTGAGE
16   ASSOC.,

17              Defendants.

18   _____

19        On May 3, 2012, the court issued an Order Adopting Report and Recommendation and

20   Granting Motion to Dismiss With Leave to Amend, allowing plaintiff thirty days to file an amended

21   complaint.  To date, no amended complaint has been filed.

22        On August 31, 2012, the court held a hearing on an order to show cause why the case should

23   not be dismissed for failure to diligently prosecute.  Although plaintiff appeared at the hearing, he

24   has not shown good cause for his failure to file an amended complaint.  Thus, the case is dismissed

25   without prejudice.

26

27   DATED:      ____August 31, 2012____     _____
                                             RONALD M. WHYTE
28                                           United States District Judge

     ORDER DISMISSING CASE—No. C-12-00757 RMW
     LJP