**E-FILED on** 8/31/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD RICH, | No. C-12-00757 RMW |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE |
| BANK OF AMERICA HOME LOANS; FEDERAL NATIONAL MORTGAGE ASSOC., | |
| Defendants. | |

On May 3, 2012, the court issued an Order Adopting Report and Recommendation and Granting Motion to Dismiss With Leave to Amend, allowing plaintiff thirty days to file an amended complaint. To date, no amended complaint has been filed.

On August 31, 2012, the court held a hearing on an order to show cause why the case should not be dismissed for failure to diligently prosecute. Although plaintiff appeared at the hearing, he has not shown good cause for his failure to file an amended complaint. Thus, the case is dismissed without prejudice.

DATED: August 31, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—No. C-12-00757 RMW
LJP