**E-FILED on** __8/31/2012__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD RICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA HOME LOANS;<br>FEDERAL NATIONAL MORTGAGE<br>ASSOC.,<br><br>　　　　Defendants. | No. C-12-00757 RMW<br><br><br>JUDGMENT |

On August 31, 2012, the court dismissed this action without prejudice. Therefore, it is hereby adjudged that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:　　__August 31, 2012__　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT—No. C-12-00757 RMW