**E-FILED on** 8/31/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD RICH, | No. C-12-00757 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| BANK OF AMERICA HOME LOANS; FEDERAL NATIONAL MORTGAGE ASSOC., | |
| Defendants. | |

On August 31, 2012, the court dismissed this action without prejudice. Therefore, it is hereby adjudged that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED: August 31, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-12-00757 RMW